978

(2) Each side shall bear its own costs related to 2006–1639.

CANE TENNESSEE, INC.,
Plaintiff–Appellant,

and

Colten, Inc., Mary Anne Wyatt, Nancy Wyatt Zorn, Wilson W. Wyatt, Jr., both individually and as Trustee for the 1973 Irrevocable Trust for the Primary Benefit of Mary Anne Wyatt and the 1973 Irrevocable Trust for the Primary Benefit of Wilson W. Wyatt, Jr., and Regions Morgan Keegan Trust, F.S.B., as Trustee for the 1973 Irrevocable Trust for the Primary of Nancy Wyatt Zorn Plaintiffs,

v.

UNITED STATES, Defendant–Appellee.

No. 06–5045.

United States Court of Appeals,
Federal Circuit.

Jan. 10, 2007.

Before LOURIE, LINN, and MOORE, Circuit Judges.

*JUDGMENT*

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.

In re: John A. WHEATLEY
and Walter J. Schrenk.

No. 2006–1400.

United States Court of Appeals,
Federal Circuit.

Jan. 10, 2007.

Before LINN, DYK, and MOORE, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.